# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MEDEIROS,<br><br>                              Plaintiff,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORPORATION, et al.,<br><br>                              Defendants. | Case No.:  19-CV-1264 W (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 20]** |

Parties have filed a joint motion to dismiss with prejudice.  [Doc. 20.]  Good cause appearing, the Court **GRANTS** the joint motion.  This action is dismissed **WITH PREJUDICE**.


**IT IS SO ORDERED.**


Dated:  October 8, 2020

Hon. Thomas J. Whelan
United States District Judge

1